**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FIRST-CITIZEN BANK &
TRUST COMPANY,

    Plaintiff,

   v.

MONTCLAIR BRONZE, INC.,
et al.,

    Defendants.

Case No. 5:24-cv-02612-SP

**JUDGMENT**

Pursuant to the Memorandum and Order Granting Plaintiff's Motion for Default Judgment,  IT IS HEREBY ADJUDGED THAT Judgment is entered in favor of plaintiff First-Citizen Bank & Trust Company, and against defendants Montclair Bronze, Inc., Daniel Griffiths, and Douglas Griffiths, jointly and severally, in the total amount of $200,958.96, consisting of the following: $179,160.29 in principal damages; $11,269.16 in prejudgment interest; $2,426.64 in late fees; and $8,102.87 in attorneys' fees and costs.

Dated:  March 26, 2026

_____
SHERI PYM
United States Magistrate Judge

1